IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLORIA CHIEDOZIE FIDELIS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Civil Action File No.<br>1:25-CV-02617-TWT |

**ORDER ON THE GOVERNMENT'S UNOPPOSED MOTION TO STAY LITIGATION DEADLINES**

Having read and considered the Government's Unopposed Motion to Stay Litigation Deadlines, and for good cause shown, it is HEREBY ORDERED that the Government's Unopposed Motion to Stay Litigation Deadlines is GRANTED. All litigation deadlines in this case, including the government's deadline to respond to plaintiff's complaint [Doc. 1], are stayed subject to the terms set forth in the Government's Unopposed Motion to Stay Litigation Deadlines.

SO ORDERED this 15th day of     July     , 2025.

*[Signature: Thomas W. Thrash]*
THOMAS W. THRASH JR.
United States District Judge